FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
OCT 1 5 2014
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:14-00166 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 876(c) |
| JUSTIN TYLER CARTER | ) | 18 U.S.C. § 1038(a)(1) |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

At times material to this indictment:

### Introduction

1. Anthrax was an acute and potentially fatal disease caused by the bacterium *Bacillus anthracis*. Spores of this bacterium could be produced in vitro and used as a biological weapon. These spores were commonly referred to as "Anthrax" and could resemble a white powder.

2. Anthrax was a "biological agent" as defined by 18 U.S.C § 178(1) and a weapon involving Anthrax was a "weapon of mass destruction" as defined by 18 U.S.C. § 2332a(c)(2)(C).

3. Chapter 113B of Title 18 of the United States Code, specifically 18 U.S.C. § 2332a, prohibited the unlawful use, and threat, attempt, or conspiracy to use weapons of mass destruction.

## The Defendant and Other Relevant Parties

4. Defendant **JUSTIN TYLER CARTER** was a prisoner in the custody of the State of Tennessee at the Riverbend Maximum Security Institute ("Riverbend"). Riverbend was located at 7475 Cockrill Bend Boulevard in Nashville, Tennessee. **JUSTIN TYLER CARTER** had an inmate identification number of 397719.

5. The District Attorney General for the 18th Judicial District of Tennessee maintained an office at 113 West Main Street Gallatin, Tennessee. Assistant District Attorneys General also worked at that location.

## Letter

6. On April 15, 2014, an Assistant District Attorney General for the 18th Judicial District of Tennessee received an envelope, delivered via the U.S. Postal Service, addressed to him at his office at 113 West Main Street, Gallatin, Tennessee. The envelope contained a letter also addressed to him.

7. The envelope was postmarked April 14, 2014. The return address listed "Justin Carter 397719" at "RMSI 4C211" "7475 Cockrill Bend Blvd" in "Nashville, TN 37209" as the sender.

8. The letter was folded within the envelope and contained a white powder substance. The letter itself consisted of a written communication directed to the Assistant District Attorney by name that stated:

> I just want you to know Bitch Im going to kill you Bitch and blow up your f***ing car. you and my Public Defender did me wrong in my case so now yall have to f***ing die bitch. I will see you in hell bitch.

And here is a little something to help you go bitch have fun with the Powder bitch it is Antrex.

Justin Carter

9. The letter listed the name of the sender as "Justin Carter"

10. Between on or about April 14, 2014, through on or about April 15, 2014, in the Middle District of Tennessee, defendant **JUSTIN TYLER CARTER** knowingly, willfully, and intentionally conveyed false and misleading information, to wit: a letter post marked April 14, 2014, addressed to an Assistant District Attorney General for the 18th Judicial District of Tennessee that contained white powder and statements described in paragraph 8, under circumstances where such information may reasonably have been believed, that indicated that an activity is taking place that would constitute a violation of Chapter 113B of Title 18, United States Code, specifically the unlawful use and attempted use of weapons of mass destruction, in violation of 18 U.S.C. § 2332a(a)(2)(A).

In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

1. The Grand Jury realleges and incorporates paragraphs 1 through 9 of Count One, as if fully set forth herein.

2. The defendant, **JUSTIN TYLER CARTER** knowingly caused to be delivered by the U.S. Postal Service according to the direction thereon, a written

3

communication, addressed to an Assistant District Attorney for the State of Tennessee, and containing a threat to injure a person.

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL

FOREPERSON

_____
DAVID RIVERA
UNITED STATES ATTORNEY

_____
VAN S. VINCENT
ASSISTANT UNITED STATES ATTORNEY

4