# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JUSTIN TYLER CARTER | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 3:14-cr-00166<br>USM No. 22621-075<br><br>Kerry Haymaker<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1 and 2  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to participate in a mental health program | 06/02/2020 |
| 2 | Failure to notify probation of change in residence | 08/08/2019 |

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  4257

Defendant's Year of Birth:  1985

City and State of Defendant's Residence:
Westmorelane, Tennessee

06/02/2020
Date of Imposition of Judgment

Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

*Eli Richardson*
Date

DEFENDANT: JUSTIN TYLER CARTER
CASE NUMBER: 3:14-cr-00166

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
Time Served effective June 11, 2020 (approximately 9 months)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: JUSTIN TYLER CARTER
CASE NUMBER: 3:14-cr-00166

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

After defendant's release from custody on June 11, he shall continue his previously imposed term of supervised release, with the same conditions, as well as those listed on page 4 of this Judgment.

DEFENDANT: JUSTIN TYLER CARTER
CASE NUMBER: 3:14-cr-00166

## ADDITIONAL SUPERVISED RELEASE TERMS

Upon release from custody, defendant shall immediately report to the United States Probation Office to participate in a drug test and receive any addiitonal reporting instructions as required.

The defendant shall then be transported by defense counsel to Aphesis House, 113 Rayon Drive, Old Hickory, Tennessee 37138, a group home.

The defendant is reside at Aphesis House, shall abide by all group home's rules and regulations and shall not change his address without advance approval from the probation officer.

The defendant is to be evaluated and treated by Mental Health Coop and to follow whatever course of treatment as recommended.